### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Kenneth P. Karl | : | Chapter 13 |
| Joyce E. Karl | : | Case No.: 20-10328-ELF |
| Debtors(s) | : | |

## O R D E R

**AND NOW,** this __15th__ day of __December__, 2021, upon consideration of the Motion to Incur Additional Debt filed by Debtors, and after a hearing, it is hereby **ORDERED** that

1. The Motion is **GRANTED**.

2. Debtors may incur additional debt so as to refinance their real property in the amount set forth in the Motion.

3. Upon the closing of the refinance transaction, the Debtors shall deliver to the Trustee the funds necessary to complete the funding of their chapter 13 with a 100% distribution to general unsecured creidtors.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**